```
                  UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS
_____
                                )
JEROME SPENCER,                 )
        Plaintiff,              )
                                )       CIVIL ACTION
        v.                      )       NO. 23-11508-WGY
                                )
CITIZENS BANK, et al.,          )
        Defendants,             )
                                )
_____
```

YOUNG, D.J.                                       September 7, 2023

## ORDER

    Jerome Spencer initiated this action by filing a pro se complaint accompanied by an application to proceed in district court without prepaying fees or costs ("Application") consisting of the first-page of the Application form.  Spencer's Application was denied without prejudice to filing a completed application to proceed in district court without prepaying fees or costs that is signed and dated.  Now before the Court are Spencer's amended complaint and the second page of the two-page Application form.

    Spencer has not filed a completed Application that is signed and dated.  Thus, he has failed to comply with the Court's August 23, 2023 Order.

    Accordingly, if Spencer wishes to proceed in this matter, he must file a completed Application on or before September 20,

[2]

2023.  Failure to comply with this directive on or before September 20, 2023, will result in dismissal of this action.

**SO ORDERED.**

                                    /s William G. Young
                                    WILLIAM G. YOUNG
                                    UNITED STATES DISTRICT JUDGE